In the Matter of PHILIP J. PATOUHAS, Petitioner, v JOHN P. COLANGELO, Justice of the Supreme Court of the State of New York, et al., Respondents. [53 NYS3d 552]—Proceeding pursuant to CPLR article 78 in the nature of prohibition, inter alia, to prohibit the respondent John P. Colangelo, a Justice of the Supreme Court, Westchester County, from presiding over an action entitled *Patouhas v Patouhas*, pending under Westchester County index No. 52354/16, and from enforcing certain orders issued in that action.

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman*, 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue*, 68 NY2d 348, 352 [1986]). The petitioner has failed to demonstrate a clear

legal right to the relief sought. Balkin, J.P., Roman, Hinds-Radix and LaSalle, JJ., concur.